IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIRECTV INC,

    Plaintiff,

v.                                                    CASE NO. 1:03-cv-00085-MP-AK

THOMAS E CONNOR,
BRENT DIAMOND,
THOMAS FRANCELLA,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 35, Defendant's Notice of Settlement, Doc. 34, Defendant's Notice of Cancelling Hearing, and Doc. 36, Defendant's Unopposed Motion to Set Aside Default Judgment.

**ORDERED AND ADJUDGED:**

1. Defendant's Unopposed Motion to Set Aside Judgment, Doc. 36, is GRANTED. The Court's Order of Default Judgment, Doc. 18 & 19, are VACATED.

2. Defendant's Notice of Cancelling Hearing, Doc. 34, is GRANTED. The motion hearing scheduled for Friday, May 20, 2005, is cancelled.

3. This case is DISMISSED. The Court will retain jurisdiction for 60 days to ensure the parties effectuate settlement.

**DONE AND ORDERED** this __19th__ day of May, 2005.

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge